IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRUHN et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-258C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including July 28, 2006, within which to file its response to plaintiff's complaint. Defendant's response is currently due to be filed June 29, 2006. This is defendant's second request for an enlargement of time. Counsel for plaintiff has represented that plaintiff does not oppose this request.

The purpose of the enlargement is to investigate the possibility of settlement with plaintiffs. Plaintiffs' complaint alleges that they suffered damages as a result of the denial of farm program benefits by the Farm Service Agency (FSA) in 2004. In November 2005, the National Appeals Division (NAD) of the U.S. Department of Agriculture ruled in plaintiffs' favor in four appeals challenging the FSA's denial of farm benefits. It appears that a portion of the NAD decision overlaps with the relief requested in this Court. Plaintiffs have just recently obtained a valuation of damages from an expert witness, and plaintiffs' counsel has stated that he will provide the expert report to the United States. For these reasons, the parties are pursuing discussions with the goal of resolving all or part of plaintiffs' damage claims against the United States.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

JOHN P. VOS
Office of the General Counsel
U.S. Department of Agriculture
P.O. Box 419205, Mail Stop 1401
Kansas City, MO 64141

June 28, 2006