**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**PLAINTIFF'S MOTION TO AMEND COMPLAINT UNOPPOSED**

---

1. Plaintiffs Alan and Calvin Bruhn respectfully request permission to amend their complaint. The purpose of the Amendment is to add another party at interest, Sheryl Bruhn, former wife of Alan Bruhn. Counsel for the Government does not oppose this motion.

2. The allegations of the Complaint cover the time period 2000 through 2004. Alan and Sheryl Bruhn were married at that time. For US Farm Program purposes, Alan, Sheryl and Calvin Bruhn were three entities entitled to receive benefits from USDA.

3. Since 2004, a divorce has occurred. Divorce issues resulted in Sheryl Bruhn not being included in the original complaint. Sheryl Bruhn has since provided Alan Bruhn with a Power of Attorney.

4. Alan Bruhn will pursue this action for Sheryl Bruhn, but wishes to allege this fact in the Complaint. See *RCFC* 17(a).

5. Plaintiffs propose adding the following paragraph as a new paragraph six (6).

> Alan Bruhn also pursues this action on behalf of Sheryl Bruhn, through a Power of Attorney granted by Sheryl Bruhn to Alan Bruhn. Sheryl Bruhn was a farm "entity" for USDA Farm Program purposes entitled to receive benefits. The facts alleged in the Complaint are equally applicable to Alan Bruhn as Power of Attorney for Sheryl Bruhn. The damages sought are equally available to Alan Bruhn as Power of Attorney for Sheryl Bruhn.

6. This Complaint amendment will not affect the now pending Motion to Dismiss. A copy of the proposed Amended Complaint is attached.

7. This motion has merit.

September 20, 2006

By: ***s/David A. Domina***

David A. Domina, NE#11043
DOMINALAWGroup pc llo
2425 South 144th Street
Omaha, NE 68144-3267
402- 493-4100

*Attorneys for Plaintiffs*

**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

## CERTIFICATION OF SERVICE

---

I hereby certify that on September 20, 2006, I filed the **Plaintiff's Motion to Amend Complaint - Unopposed** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

Gregg Schwind
US Department of Justice
Washington, DC
gregg.schwind@usdoj.gov

***s/ David A. Domina***
David A. Domina