**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**MOTION FOR ENLARGEMENT OF TIME – UNOPPOSED**

---

1. Plaintiffs Alan and Calvin Bruhn respectfully request an enlargement of time in which to respond to Defendant's Motion to Dismiss, with a new deadline of October 6, 2006. The Parties have consulted, and Defendant consents to this additional motion.

2. If this Motion is granted, the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss will, again, be October 6, 2006.

September 29, 2006.

Alan Bruhn and Calvin Bruhn,
Plaintiffs,

By: ***s/David A. Domina***

David A. Domina, NE#11043
DOMINALAWGroup pc llo
2425 South 144th Street
Omaha, NE 68144-3267
402- 493-4100

*Attorneys for Plaintiffs*

**No. 06-258**
**(Judge Christine O.C. Miller)**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2006, I filed the **PLAINTIFFS' MOTION FOR EXTENSION OF TIME – UNOPPOSED** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

***s/ David A. Domina***
David A. Domina, #11043