**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# PLAINTIFF'S MOTION TO SUBSTITUTE APPEARING COUNSEL

---

1. Plaintiffs respectfully request, through the undersigned counsel, leave of court to substitute appearing counsel. *RCFC* 83.1(c)(4).

2. Plaintiffs' current appearing counsel is David A. Domina of DominaLaw Group pc llo.

3. Newly appearing counsel will be Michael C. Stumo of DominaLaw Group pc llo. This is a change in responsible attorney, not a change in law firm.

4. An affidavit of prior appearing counsel is attached.

September 29, 2006.

Alan Bruhn and Calvin Bruhn,
Plaintiffs,

By: *s/Michael C. Stumo*

Michael C. Stumo
DOMINALAWGroup pc llo
2425 South 144th Street
Omaha, NE 68144-3267
402- 493-4100

842337

**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on September 29, 2006, I filed the **PLAINTIFFS' MOTION TO SUBSTITUTE APPEARING COUNSEL** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

*s/ Michael C. Stumo*
Michael C. Stumo

**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**AFFIDAVIT OF DAVID A. DOMINA**

---

I, David A. Domina, do hereby depose and say:

1. I am over the age of eighteen (18), and understand the obligations of an oath.
2. I am currently appearing counsel for Plaintiffs in this case.
3. I hereby consent to Michael C. Stumo from my firm to replace me as appearing counsel pursuant to *RCFC* 83.1(c)(4).

David A. Domina

SUBSCRIBED AND SWORN to before me this 29th day of September, 2006.

GENERAL NOTARY - State of Nebraska
KIM WEBER
My Comm. Exp. May 11, 2010

Notary Public