**No. 06-258**
**(Judge Christine O.C. Miller)**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

# PLAINTIFF'S MOTION TO SUBSTITUTE APPEARING COUNSEL (CORRECTED)

1. Plaintiffs respectfully request, through the undersigned counsel, leave of court to substitute appearing counsel. *RCFC* 83.1(c)(4).

2. Plaintiffs' current appearing counsel is David A. Domina of DominaLaw Group pc llo.

3. Newly appearing counsel will be Michael C. Stumo of DominaLaw Group pc llo. This is a change in responsible attorney, not a change in law firm.

4. An affidavit of prior appearing counsel is attached.

October 2, 2006.

Alan Bruhn and Calvin Bruhn,
Plaintiffs,

By: ***s/Michael C. Stumo***

Michael C. Stumo
DOMINALAWGroup pc llo
2425 South 144th Street
Omaha, NE 68144-3267
402- 493-4100

**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on October 2, 2006, I filed the **PLAINTIFFS' MOTION TO SUBSTITUTE APPEARING COUNSEL - CORRECTED** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

***s/ Michael C. Stumo***
Michael C. Stumo

**No. 06-258**
**(Judge Christine O.C. Miller)**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**AFFIDAVIT OF DAVID A. DOMINA**

I, David A. Domina, do hereby depose and say:

1. I am over the age of eighteen (18), and understand the obligations of an oath.
2. I am currently appearing counsel for Plaintiffs in this case.
3. I hereby consent to Michael C. Stumo from my firm to replace me as appearing counsel pursuant to *RCFC* 83.1(c)(4).

David A. Domina

SUBSCRIBED AND SWORN to before me this 29th day of September, 2006.

GENERAL NOTARY - State of Nebraska
KIM WEBER
My Comm. Exp. May 11, 2010

Notary Public

815281

**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**AFFIDAVIT OF MICHAEL C. STUMO**

---

I, Michael C. Stumo, do hereby depose and say:

1. I am over the age of eighteen (18), and understand the obligations of an oath.
2. I have been appointed as appearing attorney in this matter for the Plaintiffs.
3. This appointment is merely a change of responsible attorney within the same firm as prior counsel.

Michael C. Stumo

SUBSCRIBED AND SWORN to before me this 2nd th day of October, 2006.

MARK A. RAIFSTANGER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
August 9, 2013

Notary Public