**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**Notice of Withdrawal as Plaintiffs' Counsel**

---

Michael C. Stumo respectfully requests withdrawal from this case as Plaintiffs' counsel because he no longer practices with Domina Law Group pc llo.

October 7, 2006.

***s/Michael C. Stumo***

Michael C. Stumo
Stumo Law Office
615 Boardman Street
Sheffield, MA 01257
t: 413.854.2580
f: 413.854.2579
mstumo@adelphia.net

**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on October 7, 2006, I filed **Michael C. Stumo's Notice of Withdrawal as Plaintiff's Counsel** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

Gregg Schwind
US Department of Justice
Washington, DC
gregg.schwind@usdoj.gov

***s/Michael C. Stumo***
Michael C. Stumo