**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**Entry of Appearance as Lead Counsel**

---

1. DOMINALAW Group pc llo, 2425 South 144th Street, Omaha, Nebraska respectfully informs the Court Michael C. Stumo no longer practices with the Firm, as indicated in an October 6, 2006, filing.

2. DOMINALAW Group pc llo further informs the Court David A. Domina shall take over as Lead Counsel.

October 9, 2006.

By: ***s/David A. Domina***

David A. Domina, NE#11043
DOMINALAWGroup pc llo
2425 South 144th Street
Omaha, NE 68144-3267
402- 493-4100

**No. 06-258**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**ALAN BRUHN and CALVIN BRUHN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on October 9, 2006, I filed **Entry of Appearance as Lead Counsel** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

Gregg Schwind
US Department of Justice
Washington, DC
gregg.schwind@usdoj.gov

***s/ David A. Domina***
David A. Domina, #11043