# In the United States Court of Federal Claims

**No. 06-258 C**
**Filed: December 12, 2006**

**ALAN BRUHN and CALVIN BRUHN**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's memorandum opinion and order, filed December 12, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint is dismissed, without prejudice for lack of subject matter jurisdiction. No costs.

Brian Bishop
Clerk of Court

December 12, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.